UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHENZHEN MEIYUNLAI INTERNET CO., LTD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>　　　　Defendants. | Civil Action No. 25-cv-163<br><br>**Judge: Hon. J. Nicholas Ranjan** |

## ENTRY OF DEFAULT

AND NOW, this _____ DAY of _____, 2025, pursuant to the request to enter default and affidavit(s) filed, default is hereby entered against the Defendants in Schedule "A" for failure to plead or otherwise defend.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Clerk
　　　　　　　　　　　　　　　　　　　　　　　　Western District of Pennsylvania